1  BILL LOCKYER
   Attorney General of the State of California
2  ROBERT R. ANDERSON
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  THOMAS S. PATTERSON
   Supervising Deputy Attorney General
5  JENNIFER G. PERKELL
   State Bar No. 203205
6  Deputy Attorney General
    455 Golden Gate Avenue, Suite 11000
7   San Francisco, CA  94102-7004
    Telephone:  (415) 703-5726
8   Fax:  (415) 703-5843

9  Attorneys for Defendants Schroeder, Sandoval, Noyce,
   Sigston, Garza, Canaday, and Bingham

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **ROBERT LEE ROBINS, JR.,**<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**C/O BLEVINS, et al.,**<br><br>　　　　　　　　　Defendants. | CASE NO. CV F 99-6364 AWI LJO P<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO FILE CONFIDENTIAL EXHIBITS UNDER SEAL** |

　　　This Court has reviewed Defendants' ex parte application to file confidential exhibits under seal, and hereby finds good cause to grant Defendants' request.  Accordingly, the Court orders the following:

　　　1.　　Defendants' exhibits consisting of any portion of Operational Procedure 111 shall be filed under seal, and shall therefore not be made part of the public record in this matter;

No. CV F 99-6364 AWI LJO
[Prop'd] Order Granting Defs.' Ex Parte App.

1    2.    Those exhibits shall <u>not</u> be included in the exhibit binders.  Instead, in the binders in the place of each of those exhibits, Defendants shall insert a sheet of paper with a brief description of the missing exhibit;

3.    On the first morning of trial, Defendants shall bring with them to the Court at least five sets of the exhibits, as follows:

    (a)  two sets, one for use by the Courtroom clerk, and the other for the Court;

    (b)  one set for use by each defense counsel; and

    (c)  one for Plaintiff's use while Court is in session;

4.    In the event that any part of Operational Procedure 111 additional to those portions submitted to the Court as exhibits by Defendants becomes part of the record in this matter, that evidence shall similarly be subject to the terms of this Order.

IT IS SO ORDERED.

**Dated:  May 10, 2005**            /s/ Anthony W. Ishii
0m8i78                                              UNITED STATES DISTRICT JUDGE

No. CV F 99-6364 AWI LJO
[Prop'd] Order Granting Defs.' Ex Parte App.