UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA (Fresno)

| | |
|---|---|
| ROBERT LEE ROBINS, JR.,<br><br>　　　Plaintiff - Appellant,<br>v.<br><br>SCHROEDER, C/O; et al.,<br><br>　　　Defendants - Appellees. | No. 05-16169<br>D.C. No. CV-99-06364-AWI<br><br><br><br>**ORDER** |

This appeal has been taken in good faith　[ ✓ ]

This appeal is not taken in good faith　　　[ ]

Explanation: _____

_____

_____

_____

_____
Judge
United States District Court

Date: 7-26-05