1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   ROBERT LEE ROBINS, JR.,                    CASE NO. 1:99-CV-06364 AWI LJO P

10                          Plaintiff,         ORDER DENYING MOTION AS MOOT

11        v.                                   (Doc. 204)

12   BLEVINS, et al.,

13                          Defendants.
                                           /
14

15        On July 11, 2005, plaintiff filed a motion seeking transmittal of the record to the United

16   States Court of Appeals for the Ninth Circuit, entitled "Motion for Transcripts at Government

17   Expense." (Doc. 204.)  The record was transmitted to the Ninth Circuit on May 4, 2006, and Robin's

18   appeal was resolved by the Ninth Circuit via order issued August 3, 2006. (Docs. 207, 209.)

19   Plaintiff's motion is therefore moot and is HEREBY DENIED on that ground.

20

21   IT IS SO ORDERED.

22   **Dated:    September 12, 2006          /s/ Anthony W. Ishii**
     0m8i78                              UNITED STATES DISTRICT JUDGE
23

24
25
26
27
28

1